UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUBA COUNTY WATER AGENCY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EILEEN SOBECK, in her official capacity as Executive Director of the California State Water Resources Control Board, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-00861 JAM-CKD<br><br>**ORDER GRANTING MOTION FOR STAY** |

　　This Court has before it Plaintiff's Motion for Summary Adjudication of Claims (ECF No. 39), Defendants' Motion to Dismiss, Or, In the Alternative, Motion to Stay (ECF No. 42), and Defendants' Motion to Stay Plaintiff's Motion for Summary Adjudication of Claims (ECF No. 43).  The Court has carefully considered the parties' briefs filed in support of and in opposition to these motions and pursuant to its inherent authority, finds that this lawsuit, including any and all pending motions, should be stayed.  The Court agrees with Defendants that there is no fair possibility that the stay will damage Plaintiff

1

and that Plaintiff's claims may never need to be litigated depending on the outcome of the related litigation in the U.S. Court of Appeals for the Ninth Circuit, and in California State Court. The Court finds that a stay is warranted and will promote judicial economy. A stay of this proceeding allows this Court "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." Landis v. N. Am Co., 299 US 248, 254 (1936).

The November 2, 2021 hearing on the above-identified motion is vacated and this lawsuit is stayed effective the date of this Order. The parties are ordered to file a joint status report within ten days of a final decision by the Ninth Circuit and/or state Superior Court in the related litigation.

IT IS SO ORDERED.

Dated: October 27, 2021

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2