1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  ERIC M. KATZ, State Bar No. 204011
   JENNIFER KALNINS TEMPLE, State Bar No. 258637
3  Supervising Deputy Attorneys General
   KRISTIN MCCARTHY, State Bar No. 328196
4  Deputy Attorney General
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6323
6    Fax:  (916) 731-2128
     E-mail:  Eric.Katz@doj.ca.gov
7  *Attorneys for Defendants*
   *Eileen Sobeck, et al*
8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14  **YUBA COUNTY WATER AGENCY,**         2:21-cv-00861-DJC-CKD

15                              Plaintiff,   **JOINT STATUS REPORT and
                                             STIPULATION FOR DISMISSAL;
16          v.                               ORDER**

17  **EILEEN SOBECK, et al.,**               Courtroom:    6
                                             Judge:        Hon. Daniel J. Calabretta
                                             Trial Date:   None Set
18                              Defendants.  Action Filed: November 13, 2020

19

20         WHEREAS on November 13, 2020, Plaintiff Yuba County Water Agency (Yuba) filed its

21  Complaint in the District Court for the District of Columbia concerning the State Water

22  Resources Control Board's (State Water Board) issuance of a Clean Water Act section 401

23  certification for Yuba's application to FERC to relicense a hydroelectric project (the

24  Certification);

25         WHEREAS, on April 29, 2021, the District Court for the District of Columbia ordered the

26  case transferred to the Eastern District of California;

27

28

1    WHEREAS, Plaintiff filed a Motion for Summary Adjudication of Claims (ECF No. 39),
2    and Defendants filed a Motion to Dismiss, Or, In the Alternative, Motion to Stay (ECF No. 42),
3    and a Motion to Stay Plaintiff's Motion for Summary Adjudication of Claims (ECF No. 43);

4    WHEREAS, on October 27, 2021, the Court granted Defendants' motion to stay, and
5    ordered the parties to file a joint status report within ten days of a final decision by the Ninth
6    Circuit and/or state Superior Court in related litigation;

7    WHEREAS, on August 4, 2022, the Ninth Circuit issued its opinion in *California State
8    Water Res. Control Bd. v. FERC*, 43 F.4th 920 (9th Cir. 2022), cert. denied 143 S.Ct. 2459,
9    holding that the State Water Board did not waive its authority under Section 401 of the Clean
10   Water Act with respect to Yuba's application to relicense the hydroelectric project at issue;

11   WHEREAS, on September 18, 2024, the State Water Board set aside the Certification at
12   issue in this lawsuit;

13   WHEREAS, the state court litigation concerning the State Water Board's issuance of the
14   Certification is currently on appeal in California Court of Appeal, Fifth District, Case Nos.
15   F084832 and F085880, and has been stayed while the parties have been engaged in settlement
16   discussions;

17   WHEREAS, on June 6, 2025, the parties jointly requested that the State Water Board's
18   appeal of the merits pending in the California Court of Appeal be dismissed;

19   WHEREAS, the parties agree that this lawsuit is moot in light of the State Water Board
20   setting aside the Certification;

21   THEREFORE, the parties, by and through their respective counsel, stipulate as follows:
22       1. Yuba hereby voluntarily dismisses all claims in this action without prejudice.
23       2. Each party agrees to bear its own costs and fees with regard to this action.
24       3. This stipulation may be executed in counterpart originals and by facsimile or
25   electronic signature, each of which shall be deemed to be an original, and all of which shall
26   constitute one and the same document.
27   **IT IS SO STIPULATED.**
28

| | | |
|---|---|---|
| 1 | Dated: June 11, 2025 | BKS LAW FIRM, P.C. * |
| 2 | | |
| 3 | | |
| 4 | | /s/ Ryan S. Bezerra |
| 5 | | RYAN BEZERRA<br>Attorneys for Plaintiff Yuba County Water Agency |
| 6 | | * substitution of attorney pending |
| 7 | Dated: June 11, 2025 | ROB BONTA<br>ATTORNEY GENERAL OF CALIFORNIA |
| 8 | | |
| 9 | | /s/ ERIC M. KATZ |
| 10 | | |
| 11 | | ERIC M. KATZ<br>Supervising Deputy Attorney General<br>Attorneys for Defendants Eileen Sobek, et al. |

LA2020304842
39070893.docx

3

**ORDER**

Based on the parties' stipulation, the case is hereby dismissed without prejudice. Each party is to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  June 13, 2025                                      /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE